# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:05CR00305-002 SWW

DAWN ELIZABETH ANZALONE

<u>ORDER</u>

Following defendant's guilty plea on September 5, 2006, the Court took up the matter of bond after being advised of violations of conditions of release by the U. S. Probation Office.  After statements on the record and at the government's request, the Court found that defendant's bond should be revoked.

IT IS THEREFORE ORDERED that defendant's bond hereby is revoked, and defendant shall be detained pending sentencing.

IT IS SO ORDERED this 6th day of September, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE